**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

| | | |
|---|---|---|
| VENUS PARFAIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:15-cv-03089-TLB |
| | ) | |
| DIVERSIFIED ADJUSTMENT SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, VENUS PARFAIT, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                                                                     RESPECTFULLY SUBMITTED,

DATED: December 10, 2015                        By:  /s/ Michael S. Agruss
                                                                     Michael S. Agruss
                                                                     Agruss Law Firm, LLC
                                                                     4611 N. Ravenswood Ave., Suite201
                                                                     Chicago, IL 60640
                                                                     Tel: 312-224-4695
                                                                     Fax: 312-253-4451
                                                                     michael@agrusslawfirm.com
                                                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On December 10, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense counsel, Christopher R. Morris, at cmorris@bassford.com.

                                                         By:/s/ Michael S. Agruss
                                                            Michael S. Agruss