IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**VENUS PARFAIT**                                                                                    **PLAINTIFF**

vs.                                              NO.  15-3089

**DIVERSIFIED ADJUSTMENT SERVICES, Inc.**                                  **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P., IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: December 16, 2015

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  /s/ S. Cummings
         Deputy Clerk